Nicole R. Gallagher
2722 3rd Avenue N., Ste 400H
Billings, MT 59101
Phone: (406) 413-8691
Nicole@GallagherLaw.us

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. ALI SAGE HAUSMANN, Defendant. | Case No.: CR-23-108-BLG-SPW<br><br>MOTION TO REQUEST DETENTION HEARING |
|---|---|

COMES NOW the defendant, Ali Sage Hausmann, by and through counsel of record, Nicole R. Gallagher, and hereby moves this Court for an Order setting a Detention hearing.

Assistant United States Attorney, Julie Patten, has been contacted and is out of the office.

Dated this 7th day of June 2024.

/S/NICOLE R. GALLAGHER

CERTIFICATE OF SERVICE

L.R.5.2(b)

    I hereby certify that on June 7, 2024, a copy of the foregoing document was served on the following persons by the following means:

   _1, 2_  CM-EDF

   ____  Hand Delivery

   _3_   Mail

   ____  Overnight Delivery Service

   ____  Fax

   ____  E-Mail

1. CLERK, UNITED STATES DISTRICT COURT

2. Julie Patten, Counsel for the United States of America
       Assistant United States Attorney
       United States Attorney's Office
       2602 2nd Avenue North, Suite 3200
       Billings, MT 59101

3. Ali Sage Hausmann, Defendant

                                                      _/S/NICOLE R. GALLAGHER_
                                                      Attorney for Defendant